WESTERN DIST.

October, 1840.

STEBBINS ET AL.
vs.
COLEY.

*Pierson* and *Carr*, for the plaintiffs and appellees, prayed the affirmance of the judgment, with ten per cent. damages.

---

## STEBBINS ET AL. *vs.* COLEY.

APPEAL FROM THE COURT OF THE SIXTH DISTRICT, FOR THE PARISH OF NATCHITOCHES, THE JUDGE OF THE DISTRICT PRESIDING.

Judgment affirmed, with the maximum of damages.

This is an action against the makers of a promissory note. There was judgment by default made final against Coley, on the production of the note and protest, and evidence that he admitted the debt, and the case was continued as to Smith, the partner of Coley.

Coley appealed.

*Morse* and *Roysden*, for the appellant.

*Dunbar* and *Hyams*, for the appellees, prayed the affirmance of the judgment, with ten per cent. damages.

WESTERN DIST.
October, 1840.

WILKINSON
ET AL.
vs.
PHELPS.

*Garland J.*, delivered the opinion of the court.

This is an appeal from a judgment on a promissory note, admitted by S. M. Coley, one of the partners, to be due. The judgment is against Coley alone, and he has appealed. It is evident the appeal is for delay, and it is, therefore, ordered and adjudged, that the judgment of the District Court be affirmed, with costs and ten per cent. damages.